Ex parte McCRARY. (Circuit Court of Appeals, Fourth Circuit. May 13, 1920.) No. 1799. Petition for a Writ of Mandamus to Require Hon. James E. Boyd, United States District Judge for the Western District of North Carolina, to Sign Bill of Exceptions, etc., in case of H. C. McCrary v. Linville River Ry. Co. Merrimon, Adams & Johnston, of Asheville, N. C., for petitioner. J. H. Epps, of Jonesboro, Tenn., and Mark W. Brown, of Asheville, N. C., opposed.

PER CURIAM. Mandamus refused and petition dismissed at cost of petitioner.

———

McCRARY et al. v. LINVILLE RIVER RY. CO. (Circuit Court of Appeals, Fourth Circuit. July 14, 1920.) No. 1794. In Error to the District Court of the United States for the Western District of North Carolina, at Asheville. Powers & Thornburgh, of Knoxville, Tenn., J. W. Ragland, of Newland, N. C., and Merrimon, Adams & Johnston, of Asheville, N. C., for plaintiffs in error. J. H. Epps, of Jonesboro, Tenn., Frank A. Linney, of Boone, N. C., and Mark W. Brown, of Asheville, N. C., for defendant in error.

PER CURIAM. Cause dismissed on motion of defendant in error.

———

MATHIASON GLUE CO. et al. v. NATIONAL GLUE CO. (Circuit Court of Appeals, Eighth Circuit. May 4, 1920.) No. 5412. Appeal from the District Court of the United States for the Eastern District of Missouri. John D. Johnson, of St. Louis, Mo., for appellants. Horace L. Dyer, of St. Louis, Mo., for appellee.

PER CURIAM. Appeal dismissed, at costs of appellant for want of prosecution, but without taxation of attorney fee.

———

MELLAND v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. June 4, 1920.) No. 5404. In Error to the District Court of the United States for the District of Minnesota. Victor L. Power, of Hibbing, Minn., for plaintiff in error. Alfred Jaques, U. S. Atty., of Duluth, Minn.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of counsel for defendant in error and stipulation of parties.

———

MINNESOTA KANSAS OIL CO. et al. v. MOLLOHAN, et al. (Circuit Court of Appeals, Eighth Circuit. May 11, 1920.) No. 206. Petition to Revise Order of the District Court of the United States for the District of Minnesota. Orr, Stark & Kidder, of St. Paul, Minn., and Woodlief Thomas, A. M. Higgins, M. H. Boutelle, and A. H. David, all of Minneapolis, Minn., for petitioners. Allen & Fletcher, of Minneapolis, Minn., and Chester I. Long and J. D. Wall., both of Wichita, Kan., for respondents. See, also, 265 Fed. 1020.

PER CURIAM. Petition to revise dismissed without costs to either party in this court, pursuant to stipulation of parties.

———

MINNESOTA KANSAS OIL CO. et al. v. MOLLOHAN et al. (Circuit Court of Appeals, Eighth Circuit. May 11, 1920.) No. 5533. Appeal from the District Court of the United States for the District of Minnesota. Orr, Stark & Kidder, of St. Paul, Minn., and Woodlief Thomas, A. M. Higgins, M. H. Boutelle, and A. H. David, all of Minneapolis, Minn., for appellants.